UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LISA BOSS, LINDA GUNNETT, and PEGGY TATUM, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE KRAFT HEINZ COMPANY and KRAFT HEINZ FOODS COMPANY (LLC),<br><br>Defendants. | Case No. 1:21-cv-06380<br><br>The Honorable Charles R. Norgle Sr. |

**THE KRAFT HEINZ COMPANY'S REQUEST FOR JUDICIAL NOTICE
IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT**

Pursuant to Federal Rule of Evidence 201, Defendant The Kraft Heinz Company respectfully requests that the Court take judicial notice of a document published by the U.S. Department of Agriculture's Technical Advisory Panel in April 2003 titled "Summary of TAP Reviewer's Analyses," which is available on the USDA's website[1] and which is attached as **Exhibit 1**.

In ruling on a motion to dismiss, "a court may consider, in addition to the allegations set forth in the complaint itself . . . information that is properly subject to judicial notice." *Williamson v. Curran*, 714 F.3d 432, 436 (7th Cir. 2013) (citations omitted). It is well-established that "[d]istrict courts can take judicial notice of information on government websites." *Bartnett v. Abbott Labs.*, 492 F. Supp. 3d 787, 798 n.2 (N.D. Ill. 2020) (citing *Denius v. Dunlap*, 330 F.3d 919, 926-27 (7th Cir. 2003)); *see also, e.g.*, *Pickett v. Sheridan Health Care Ctr.*, 664 F.3d 632,

---

[1] *See* https://www.ams.usda.gov/sites/default/files/media/L-Malic%20Acid%20TR.pdf (last visited Mar. 21, 2022).

648 (7th Cir. 2011) ("We have recognized the authority of a court to take judicial notice of government websites."); *Koger v. Dart*, 114 F. Supp. 3d 572, 584 n.3 (N.D. Ill. 2015) (noting that the proper subjects of judicial notice "include[] information contained on government websites"). This Court should accordingly take judicial notice of Exhibit 1, which consists of a document issued by the USDA and published on its website.

Dated: March 22, 2022

Respectfully submitted,

By: /s/ Dean N. Panos
    Dean N. Panos (ARDC No. 6203600)
    JENNER & BLOCK LLP
    353 N. Clark Street
    Chicago, IL 60654-3456
    Telephone: (312) 923-2765
    Facsimile: (312) 527-0484
    dpanos@jenner.com

    Attorneys for Defendant
    The Kraft Heinz Company

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was filed on March 22, 2022 with the Clerk of the Court by using the CM/ECF system, which will effect electronic service on all parties and attorneys registered to receive notifications via the CM/ECF system.

Dated: March 22, 2022          By: /s/ Dean N. Panos
                                                     Dean N. Panos