**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3**
**Eastern Division**

Lisa Boss, et al.

            Plaintiff,

v.                    Case No.: 1:21−cv−06380
                    Honorable Sharon Johnson Coleman

The Kraft Heinz Company, et al.

            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 25, 2022:

  MINUTE entry before the Honorable Sharon Johnson Coleman: Telephone status hearing held on 10/25/2022. Counsel for plaintiffs did not appear nor contact the Court. Counsel for defendants reported that he has not heard from plaintiffs' counsel since before the matter was reassigned. Defendants' motion to dismiss [10] is fully briefed. The Court will take a closer look at the motion, as well as the case to determine if oral argument is needed. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.